**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ulises KEVELIER, Defendant–**
**Appellant.**

**No. 01–6596.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 30, 2001.

Ulises Kevelier, pro se. Yvonne Victoria Watford–McKinney, Assistant United States Attorney, Raleigh, NC, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ulises Kevelier appeals from the district court's order denying his motion to compel

the Government to file a motion for a sentence reduction. We have reviewed the record and the district court's order and find no reversible error. Our review of the record reveals that the Government was not required by the plea agreement to file a motion for reduction of sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*